Vermont Superior Court
Filed 10/10/24
Windham Unit

VERMONT SUPERIOR COURT
Windham Unit
7 Court Street
Newfane VT 05345
802-365-7979
www.vermontjudiciary.org

CIVIL DIVISION
Case No. 24-CV-03475

| **Erica Brown v. Family Dollar** |
|---|

# ENTRY REGARDING MOTION

Title:         Document(s) Filed Notice of Removal (Motion: )
Filer:         Melinda J. Caterine
Filed Date:    October 09, 2024

Choose a Decision

Defendant's request is GRANTED. The Court will take no further action in this case unless and until the case is remanded, or the Court receives notice that the case has closed.

**So ordered.**

Electronically signed on October 10, 2024 pursuant to V.R.E.F. 9(d).

*Rachel M. Malone*

Rachel M. Malone
Superior Court Judge